STATE of Missouri,
Plaintiff/Respondent,

v.

Melvin WASHINGTON,
Defendant/Appellant.

No. 57512.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 11, 1990.

Kathleen Green, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Stewart M. Freilich, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

Defendant appeals his conviction for possession of phencyclidine.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).